UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

    CHARLES P MOORE
    KATHLEEN M MOORE
        Debtor(s)

Case No. 10-08139

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/26/2010.

2) The plan was confirmed on 05/27/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/18/2011, 01/13/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/07/2011, 11/23/2011, 10/11/2012, 10/29/2012.

5) The case was converted on 11/15/2012.

6) Number of months from filing to last payment: 30.

7) Number of months case was pending: 33.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $33,950.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |
|---|---:|
| Total paid by or on behalf of the debtor | $22,430.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $22,430.00

**Expenses of Administration:**

|  |  |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,087.85 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,087.85

Attorney fees paid and disclosed by debtor:   $1,064.50

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVANCED FAMILY DENTAL PC | Unsecured | 735.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED FAMILY OF SHOREWOO | Unsecured | 257.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 42.10 | 42.10 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 972.31 | 972.31 | 0.00 | 0.00 |
| ASSOCIATED OPTHALMOLOGIST | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 8,091.00 | 8,566.02 | 8,566.02 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 911.00 | 1,060.67 | 1,060.67 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 890.00 | 1,172.01 | 1,172.01 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 806.00 | 1,128.13 | 1,128.13 | 0.00 | 0.00 |
| CHARLOTTE MOORE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Unsecured | 14,989.00 | 14,989.41 | 14,989.41 | 0.00 | 0.00 |
| CITY OF JOLIET | Unsecured | 281.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 6,873.00 | 8,581.82 | 8,581.82 | 0.00 | 0.00 |
| ENT SURGICAL CONSULTANTS | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| FIGIS INC | Unsecured | 315.00 | 315.50 | 315.50 | 0.00 | 0.00 |
| FIRSTSOURCE FINANCIAL SOLUTION | Unsecured | 262.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT CORP | Unsecured | 16,500.00 | 16,439.78 | 16,439.78 | 0.00 | 0.00 |
| HSBC BANK NEVADA | Unsecured | 328.00 | 538.47 | 538.47 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 3,257.00 | 2,712.55 | 2,712.55 | 0.00 | 0.00 |
| KCA FINANCIAL SERVICES | Unsecured | 1,577.00 | NA | NA | 0.00 | 0.00 |
| LOUISIANA DEPTARTMENT OF SOCI | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 586.00 | 595.92 | 595.92 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 48.00 | 341.92 | 341.92 | 0.00 | 0.00 |
| NORTH STAR CAPITAL ACQUISITION | Unsecured | 586.00 | 586.21 | 586.21 | 0.00 | 0.00 |
| OAK HARBOR CAPITAL LLC | Unsecured | 1,028.00 | 1,300.33 | 1,300.33 | 0.00 | 0.00 |
| PNC MORTGAGE | Secured | 5,807.38 | 0.00 | 0.00 | 0.00 | 0.00 |
| PNC MORTGAGE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRAIRIE EMERGENCY SERVICES | Unsecured | 800.00 | 228.00 | 228.00 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 426.00 | 426.47 | 426.47 | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | NA | 2,715.36 | 2,715.36 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SANTANDER CONSUMER USA | Secured | 8,700.00 | 8,593.90 | 8,593.90 | 8,142.28 | 336.70 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | 4,231.00 | 3,522.19 | 3,522.19 | 0.00 | 0.00 |
| SURGERY CENTER OF JOLIET | Unsecured | 770.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 431.00 | 440.20 | 440.20 | 0.00 | 0.00 |
| WELLS FARGO DEALERS SERVICES | Secured | 13,816.00 | 13,023.76 | 13,023.76 | 12,368.91 | 494.26 |
| WILL CO MEDICAL ASSOC | Unsecured | 1,750.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK NATI | Unsecured | 684.00 | 727.36 | 727.36 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $21,617.66 | $20,511.19 | $830.96 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$21,617.66** | **$20,511.19** | **$830.96** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$67,402.73** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,087.85 |
| Disbursements to Creditors | $21,342.15 |
| **TOTAL DISBURSEMENTS**: | **$22,430.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 12/05/2012                     By: /s/ Glenn Stearns
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**